GEORGE G. WEICKHARDT (SBN 58586)
WENDY C. KROG (SBN 257010)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, CA  94105-1667
Telephone:    (415) 543-4800
Facsimile:    (415) 972-6301
Email:        gweickhardt@rmkb.com
              wkrog@rmkb.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., erroneously
sued herein as JPMORGAN CHASE BANK
dba CHASE AUTO FINANCE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEKSEY LABKOV, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, a New York Corporation dba CHASE AUTO FINANCE; and DOES 1 through 100, inclusive,<br><br>        Defendants. | CASE NO.  10-CV-01315-MCE-EFB<br><br>**ORDER CONTINUING  HEARING ON MOTION TO REMAND**<br><br>Original Date:  August 5, 2010<br>New Date:       August 19, 2010<br>Time:           2:00 p.m.<br>Judge:          The Hon. Morrison C. England |

The parties having stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the hearing on plaintiff's motion to remand is reset for August 19, 2010 at 2:00 p.m. and the dates for filing opposition and reply are extended by one week.  While the Court recognizes that the parties' stipulation requests that the rehearing be rescheduled from August 5, 2010 to August 12, 2010, August 12th is not an available date for civil motions.

Dated: July 16, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

RC1/5633698.1/AB7                   - 1 -                   [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO REMAND

PDF created with pdfFactory trial version www.pdffactory.com