PARVIZ DARABI, SBN 209021
WILLIAM N. BLASSER, SBN 232291
**LAW OFFICES OF PARVIZ DARABI**
500 Airport Blvd., Suite 150
Burlingame, CA 94010
Telephone: (650) 343-5357
Facsimile:    (650) 343-5391

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aleksey Labkov, an individual, ) | CASE NO: 2:10-CV-01315-MCE-EFB |
| Plaintiff ) | ORDER RE: REQUEST FOR TELEPHONIC APPEARANCE |
| v. ) | |
| JPMORGAN CHASE BANK, a New York Corporation dba CHASE AUTO FINANCE; and DOES 1 through 100, inclusive, ) | Date: August 19, 2010<br>Time: 2:00 p.m.<br>Dept: 7<br>Judge: Hon. Morrison C. England, Jr. |
| Defendants. ) | |

Plaintiff's request for telephonic appearance is GRANTED. The Court will call counsel for Plaintiff (William Blasser) at 909-461-3378 prior to the start of the hearing on August 19, 2010 at 2:00 p.m. If Mr. Blasser is outside the office on that date due to his wife's pregnancy, the Court will contact him at 714-889-8348.

DATED: August 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

[Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com